382 F.2d 1022
 The UNITED STATES of America and Max C. Weaver, Special
Agent, Internal Revenue Service, Petitioners-Appellants,
v.
Robert A. KLECKNER and Ben H. Logan, Respondents-Appellees.
 No. 18071.
 United States Court of Appeals Sixth Circuit.
 Aug. 14, 1967.
 
 1
 Robert M. Draper, U.S. Atty., Dayton, Ohio, for appellants.
 
 
 2
 Irvin H. Harlamert, Jr., Harshman, Young, Colvin & Alexander, Dayton, Ohio, for appellees.
 
 ORDER.
 
 3
 It is ordered that this appeal be and it is dismissed, pursuant to motion of Petitioners-Appellants, 273 F.Supp. 251.